KEB

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Ahmed M.I. Alnawajha,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-02326-PHX-DJH (JZB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1]  (Doc. 1.)

Petitioner is a stateless native and citizen of Palestine who was taken into Immigration and Customs Enforcement (ICE) custody on February 11, 2025.  He has remained in ICE custody at Eloy Detention Center since that time.  Petitioner's application for asylum and withholding of removal was denied, and his order of removal became final on December 1, 2025.

Petitioner challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention is prolonged and there is no significant probability of his removal in the reasonably foreseeable future.  Petitioner also asserts that he is entitled to due process in connection with any future third country removal.

The Court will require Respondents to answer the Petition.  Any response must be

---

[1] Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4).  Because the Court is ordering Respondents to promptly respond to the Petition, the Court finds that Petitioner is not entitled to preliminary relief at this time.

TERMPSREF

supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)     The Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4) is **denied without prejudice**.

(2)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(3)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(4)     Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Petitioner may file a reply within **10 days** from the date of service of the answer.

(6)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(7)     Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/ sites/default/files/documents/adm%20manual.pdf.

. . . .

. . . .

- 2 -

TERMPSREF

(8)     This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 7th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge

TERMPSREF