# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ahmed MI Alnawajha,<br><br>Petitioner,<br><br>v.<br><br>Markwayne Mullin, et al.,<br><br>Respondents. | No. CV-26-02326-PHX-DJH (JZB)<br><br>**ORDER** |

On April 6, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.*) The Court directed Respondents to file a Response. (Doc. 5.) In their Response, Respondents state:

> Respondents by and through undersigned counsel, hereby respond to the Petition for Writ of Habeas Corpus (Doc. 1). Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to his request for immediate release from DHS

custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -